FILED

MAR 12 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. S1-4:19-cr-00554-AGF-PLC |
| TERICO C. DUDLEY,<br>a.k.a. TERICO KINGPIN, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT I
(Use of Interstate Facilities to Promote Prostitution)

The Grand Jury charges:

Between on or about December 10, 2017, and continuing through on or about December 18, 2017, within the Eastern District of Missouri and elsewhere, the defendant,

**TERICO C. DUDLEY,
a.k.a. TERICO KINGPIN,**

did knowingly use facilities in interstate commerce with the intent, or attempt, to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did, or attempt to, knowingly promote, manage, establish or carry on that unlawful activity through the use of an online social media website with Jane Doe "S".

In violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT II
### (Use of Interstate Facilities to Promote Prostitution)

The Grand Jury further charges:

Between on or about December 10, 2017, and continuing through on or about December 18, 2017, within the Eastern District of Missouri and elsewhere, the defendant,

**TERICO C. DUDLEY,**
**a.k.a. TERICO KINGPIN,**

did knowingly use facilities in interstate commerce with the intent, or attempt, to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did, or attempt to, knowingly promote, manage, establish or carry on that unlawful activity through the use of an online social media website with Jane Doe "VM".

In violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT III
### (Mann Act)

The Grand Jury further charges:

Between on or about December 10, 2017, and continuing through on or about December 18, 2017, within the Eastern District of Missouri and elsewhere, the defendant,

**TERICO C. DUDLEY,**
**a.k.a. TERICO KINGPIN,**

did knowingly attempt to transport, an individual, Jane Doe "VM", in interstate commerce from the State of Arizona to the State of Missouri with the intent that such individual engage in the business of prostitution in violation of a criminal offense under the laws of Missouri Statute.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney