RECEIVED
JUN 11 2020
BY MAIL

\*HONORABLE JUDGE BAKER\*

MS BAKER,                                    TUESDAY 6/9/20

I'M SITTING IN MY CELL ON 19 HOUR LOCKDOWN WRITING YOU THIS, I HAVE HAD NO COVID-19 TEST YET AND I'M AFRAID. I DON'T KNOW HOW LONG YOU WANT TO PUNISH ME FOR HAVING 37 VIOLATIONS BUT I DO NOT WANT TO DIE OVER IT. I AM NOT A BAD PERSON AT ALL. NOT A FLIGHT RISK, NOR AM I A DANGER TO ANYONE BUT YET I'M BEING TREATED AS IF I AM SOME KINDA EXTREMIST. I AM JUST AN EDUCATED RAP ARTIST WHO IS BEING TARGETED BY THE PROSECUTOR & KATIE DUE TO THE NATURE OF MY CHARGE – AND NO MERCY AT ALL HAS BEEN GIVEN "YOU GAVE ME MERCY" – AND I'M SORRY I MESSED UP BUT I HAD NO CHOICE WHEN I SUPPORT MYSELF VIA MY MUSIC. I WAS PUT ON HOME INCARCERATION AND MY LIGHTS & RENT WAS DUE. I KNOW THEY MAKE MY VIOLATIONS SEEM EXTREME BUT PLEASE BELIEVE ME WHEN I SAY "I'VE LOST EVERYTHING" BEING ON ANKLE MONITOR - NOW I'M ABOUT TO LOOSE MY HOUSE FOR THE SECOND TIME IF I HAVE TO STAY HOME BECAUSE THEY THINK I'M BAD "WHEN YOU DON'T SEE THAT" I HAVE HAD TO GO DAYS WITHOUT EATING DUE TO THESSE VIOLATIONS AND I ONLY LEFT MY HOUSE TO GET GROCERIES - WHEN I COULD. MAJORITY OF MY LEISURE TIME. MY MOTHER HAS STAGE 4 CANCER AND I NEVER EVEN GOT TO SEE HER DUE TO THE VIOLATIONS. I NEVER DESERVED TO BE ON LEG MONITORING. I WASN'T ON IT FOR 18 MONTHS AND STAYED IN SCHOOL, MAINTAINED MY JOB AND HOUSEHOLD, SEEN MY PAROLE OFFICER - NO TROUBLE THERE AT ALL, AND STAYED OUT OF TROUBLE. NOW THAT I'M ON LEG MONITORING, I'M CONSIDERED "OUT OF CONTROL". I THINK ITS UNFAIR BUT WHO AM I RIGHT? JUST ANOTHER GEORGE FLOYD - STICK A KNEE IN MY NECK UNTIL I'M DEAD. I HOPE YOU CAN SHOW ME COMPASSION AND LET ME FREE WITHOUT THE LEG MONITORING SO I CAN JUST BE ME "AN INNOCENT MAN" I JUST WANT TO DO MY MUSIC AND FUFILL MY DREAMS OF BECOMING A GREAT PRODUCER & ARTIST. NO ONE DESERVE TO BE LOCKED AWAY WITHOUT HAVING BEEN FOUND GUILTY OR PUNISHED EVEN THOE I'M NO THREAT TO ANYONE NOR A FLIGHT RISK. I KNOW YOU ARE FAIR AND HONEST AND I TAKE FULL RESPONSIBILITIES FOR MY ACTIONS/

violations and doing this COVID time day by day. But I'm sorry I broke such a simple rule "But I needed the money" or else this would not have happened. If its not a problem could I go free without the harsh degree of being free. Plus social media is very critical at this time for those who are in positions such as my mother, she really need me and I'm her only child in Missouri but can't even go see her in the hospital due to petty rules & violations. Like I said "I am sorry and take responsibility for agreeing to the terms in order to be free", but can I now be free and be innocent until found guilty? I never ran from my troubles and I'm not a danger to no one in my community, I actually help out two older adults cut their grass "when I wasn't on leg monitoring", I love to help people and give back to be honest even participate in food drives in Jennings passing out food thats another way I push my music brand. Just hope you allow me to go back to being "Me rather than double parole" in which I finish June 21st. I would have walked down a 10 year sentence without going back to prison nor convicted of any charges. My parole officer is Ms. Heather Wright 314-877-1151 she will tell you she have had no problems with me since she known me - and I'm honest.

Again thank you Ms. Baker, and thank you for reading this. I hope I can be released without being restricted to life.

Respectfully submitted
Terico Dudley

TERICO DUDLEY
ST. CHARLES Co. JAIL

MAILED FROM
ST. CHARLES COUNTY
DETENTION CENTER

SAINT LOUIS MO 630
09 JUN 2020 PM 5 L

*HONORABLE JUDGE BAKER*
111 SOUTH 10TH ST.
SUITE 13.156
ST. LOUIS MO. 63102

RECEIVED
JUN 1 1 2020
BY MAIL