RECEIVED NOV 22 2021 BY MAIL

Dear Honorable Judge Nanette A. Baker,

I write to you today to see if I could get the transcripts from the day that I had my appearance bond, August 5th 2019. I have been locked up for violating pretrial release back May 8th 2020, found out some exonerating facts in my case dealing with forgery and fraud, and I need those transcripts. "Specifically" you had asked Prosecutor/Assistant United States Attorney Dianna R. Collins, if I were under investigation from the time I caught the said charges, which was, 12-18-17, until the day I came to your court, which was, 8-5-19, Dianna Collins said No.

Well, I was arrested, 8-1-19, and the charging officer from way back 12-18-17, Micheal Slaughter, told the arresting officer the day I was arrested, 8-1-19, to "Get Terico Dudley's phone, He's under Investigation." Well, that day, I was picked up by the City Police for the said indictment enclosed/U.S. Marshall, and while the city cop was removing me from my car, Micheal Slaughter, a St. Louis, County Police officer, who I had absolutely no contact with in over 18 months, told the arresting officer on 8-1-19, that I was under investigation "Get His Phone."

Well, when I came to court, you specifically asked Dianna R. Collins if I was under any investigation, then you asked her again, "So from the time he was arrested for these charges 12-18-17, till now 8-1-19, was he under any investigation? She said No both times.

Ms. Baker, I have been trying to get my lawyers to get the said transcripts since July of 2020 and no one seems to be able to get them. I fired the old lawyer April this year and got another on the fact- they are not working." Now that I have a new Public D., He's not working either. I've asked my new lawyer Bradley S. Dede, to get the said transcripts way back in June of this year

But as you can see, I'm writing to myself, because I've been consistantly asking them to help to no avail.

I have also asked to request another bond hearing without having to be on GPS monitor since I've been locked up going on 19 months and haven't been to trial, but again, to no avail. These Public D. are not doing their jobs causing me to sit in jail while they collect goverment checks stalling out our trial dates. So I come to you humbly with kindness in my heart, asking could I please get those transcripts? I may not ask for bond again at this point because I plan on filing a civil suit for entrapment and I want every day locked down to count. But if I do, please believe me and trust that I am innocent. You know I'm non violent, and damn sure not a threat to the community.

Also, Katie Stevens was my Pre-Trial officer, on 5-8-20 I was arrested for violating the conditions of my bond, "I dropped a new song/video on Youtube called "Coronavirus Outbreak" when I was not suppose to post any new content on social media. I am an artist Ms. Baker - I had to. I have a career in music, and needed money. But what I am asking here is that, the Pre-Trial services took 2 laptops and 3 phones from my house on 5-8-20, they scanned them but came up with nothing. I need to know if I can have my family go pick them up? or if you would have to order them to give them back? That property has nothing to do with my case, what do I need to do to have it returned? or do they just get to keep/have my property? Can you order the release, and could I be notified?

Thank you for reading
Happy Thanksgiving to you
and your family
......Terico......

RECEIVED
NOV 22 2021
BY MAIL

# MEMORANDUM

**TO:** Lee Lawless

**FROM:** Rachel Korenblat

**DATE:** 8/5/19 — THAT TRANSCRIPT

**RE:** Terico Dudley, 4:19-cr-554-AGF-PLC, Use of Interstate Facility to Promote Prostitution, Mann Act

---

Arraignment: 8/13/19 at 10:15 a.m. w/PLC
AUSA: Diane Collins
State Action?: No, but the client is on parole.

**Magistrate:** PLC
**District:** AGF

**Location of client:** Marion

Undercover operation from December 18, 2017 where client solicited undercover profiles on a website to find prostitutes, and spoke to one UC who he booked a bus ticket for from Arizona.. Client was arrested and released. Apparently reported it to his PO, Missouri Parole Board didn't revoke and he's been out for the past 18 months. Court seemed inclined to release. Client stated he was entrapped.

PS 10
(2/12 EDMO)

**RECEIVED MAY 13 2020 BY MAIL**

# United States District Court

for

**Eastern District of Missouri - St. Louis**

2020 MAY -5 PM 3:12

U.S.A. vs Terico C. Dudley   Docket No. 4:19CR00554

TO:¹ ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. |||||
| NAME OF DEFENDANT<br>Terico C. Dudley<br><br>DOB: 9/22/1983   SSN: 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 ||| SEX<br>Male | RACE<br>Black or African American | AGE<br>36 |
| ADDRESS (STREET, CITY, STATE)<br>3830 Virginia Avenue, St. Louis MO 63118 |||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Chief United States Magistrate Judge Nannette A. Baker<br>Thomas F. Eagleton U.S. Courthouse<br>111 S. 10ᵗʰ Street<br>St. Louis, MO 63102 |||||
| CLERK<br>[signature]<br>Eastern District of Missouri - St. Louis | (BY) DEPUTY CLERK<br>[signature] || DATE<br>5/5/2020 ||
| RETURN |||||
| Warrant received and executed | DATE RECEIVED<br>5/5/2020 || DATE EXECUTED<br>5/8/2020 ||
| EXECUTING AGENCY (NAME AND ADDRESS)  St. Louis |||||
| NAME<br>Lauren Whitmore IA | (BY)<br>Lauren Whit. ||| DATE<br>5/11/2020 |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for Eastern District of Missouri;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

109 57 259

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
AUG - 1 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

TERICO C. DUDLEY
a/k/a TERICO KINGPIN,

*Defendant*

) 4:19CR554 AGF/PLC
)
)
)
)
)

2019 JUL 19 AM 9:36
U.S. MARSHALS SERVICE
E/MO ST LOUIS

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TERICO C. DUDLEY a/k/a TERICO KINGPIN  ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1952(a)(3) - Use of Interstate Facilities to Promote Prostitution
18:2421(a) - Mann Act

Date: 7/19/2019                                *Issuing officer's signature*

City and state:   St. Louis, Missouri                    GREGORY J. LINHARES, Clerk of Court
                                              *Printed name and title*

### Return

This warrant was received on *(date)*  7/19/2019 , and the person was arrested on *(date)*  8/01/2019
at *(city and state)*    St Louis MO

Date:  08/01/2019                              *Arresting officer's signature*

                                Amanee Vonder Haar LMPD
                                *Printed name and title*

AUSA:   Dianna R. Collins

#1944-0723-2735-5

Terrico Dowty  
1001 Yourbury St.  
Murphysboro IL 62966

INMATE MAIL

SAINT LOUIS MO 630  
18 NOV 2021 PM 7 L

Chief United States Magistrate Judge  
Nanette A. Baker  
Thomas F. Eagleton US Courthouse  
111 S. 10th Street  
St. Louis MO 63102

RECEIVED  
NOV 22 2021  
BY MAIL